UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FONDA FORWARD,

    Plaintiff,

v.                      CASE NO.: 1:12cv7-SPM/GRJ

RTI BIOLOGICS, INC.,

    Defendant.
_____/

**ORDER GRANTING LEAVE TO FILE REPLY AND SUR-REPLY**

This cause comes before the Court on Defendant's Motion for Leave to File Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. Doc. 37. Plaintiff filed a response in opposition. Doc. 38. Upon consideration, it is

ORDERED AND ADJUDGED:

1. Defendant's motion (doc. 37) is granted.

2. Defendant shall have up to and including September 12, 2012, to file a reply. The reply shall not exceed 10 pages.

3. Plaintiff shall have up to and including September 19, 2012, to file a sur-reply. The sur-reply shall not exceed 10 pages.

DONE AND ORDERED this 5th day of September, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge