UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FONDA FORWARD,

    Plaintiff,

v.                                        CASE NO.: 1:12cv7-SPM/GRJ

RTI BIOLOGICS, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Disposition Report (doc. 42) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 11th day of September, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge